435 A.2d 1320

Commonwealth v. Smith, Appellant.

Submitted September 11, 1980. Albert J. Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.